ANDREA T. MARTINEZ, United States Attorney (#9313
CARLOS A. ESQUEDA, Assistant United States Attorney (#5386)
Attorneys for the United States of America
111 South Main Street, Suite 1800
Salt Lake City, Utah 84111
Telephone: (801) 524-5682

## IN THE UNITED STATES DISTRICT COURT

### DISTRICT OF UTAH

| UNITED STATES OF AMERICA, | FELONY COMPLAINT |
|---|---|
| Plaintiff, | VIOS.   2:22-mj-00302 DBP |
| vs. | COUNT 1, 21 U.S.C. § 841(a)(1), Distribution of Cocaine; |
| QUINONES AKEEL MULLINS, | COUNT 2, 21 U.S.C. § 841(a)(1), Distribution of Oxycodone. |
| Defendant. | **SEALED** |

### COUNT 1
(21 U.S.C. § 841(a)(1))
Distribution of Cocaine

On or about April 6, 2022, in the District of Utah,

**QUINONES AKEEL MULLINS,**

the defendant herein, did knowingly and intentionally distribute cocaine, a Schedule II

Controlled Substance within the meaning of 21 U.S.C. § 812; all in violation of 21 U.S.C.

§ 841(a)(1) and punishable pursuant to 21 U.S.C. § 841(b)(1)(C).

### COUNT 2
21 U.S.C. § 841(a)(1)
(Distribute of Oxycodone)

On or about April 6, 2022, in the District of Utah,

1

**QUINONES AKEEL MULLINS,**

the defendant herein, did knowingly and intentionally distribute oxycodone, a Schedule II

Controlled Substance within the meaning of 21 U.S.C. § 812; all in violation of 21 U.S.C.

§ 841(a)(1) and punishable pursuant to 21 U.S.C. § 841(b)(1)(C).

<u>AFFIDAVIT IN SUPPORT OF COMPLAINT AND ARREST WARRANT</u>

This complaint is based on the following information:

I, Charles Teague, being first duly sworn, depose and say:

1. Your affiant, Charles Teague, is Utah POST certified and is currently employed with the Salt Lake City Police Department. Your Affiant is currently a Police Officer and has been for over six years. Your Affiant is currently working as a detective for the Salt Lake City Police Department's Special Investigations Squad and investigates narcotic related offenses. Your Affiant has had training in narcotic identification and narcotic related investigations. This training includes on the job training as well as various department paid narcotic trainings. Prior to this your Affiant was assigned to the Organized Crime Unit. The primary responsibilities with the Organized Crime Unit were to conduct prostitution operations and to monitor sex workers, gambling facilities and bars suspected of committing crimes. Your Affiant was also responsible to infiltrate narcotic, gambling, and sex trade operations as well as use undercover rolls to identify and apprehend individuals who engage in or attempt to engage in sexual activities with minors. Prior to this your Affiant was assigned to the Street Crimes Unit. During this time your Affiant worked in close conjunction with the Salt Lake City

2

Narcotics and Organized Crime Units. The primary job of the Street Crimes Unit was to conduct street level suppression and identify drug dealers, organized drug, and prostitution operations, and conduct narcotic operations on the street level. Prior to this your Affiant was assigned to the downtown bicycle patrol unit. During this time your Affiant worked street level drug interdiction and investigations. Your Affiant has successfully completed the Salt Lake City Police Department's Undercover academy. Your Affiant has worked as an undercover officer during investigations of sex solicitation and narcotic operations. Your Affiant has been trained in search warrant writing and has assisted in the service of warrants, which resulted in the collection of drug evidence, firearms, and other contraband. Your Affiant has been part of many drugs, violent felony, and other criminal investigations which resulted in felony arrests.

2.  On April 6, Officer Mullen, working in an undercover capacity, met with an individual later identify as Quinones Akeel Mullins (MULLINS), (A.K.A. Q), at a prearrange location to purchase one "8 ball" of cocaine for $250.00.

3. Officer Mullen, was directed to meet the male known as "Q" in a parking lot, located at approximately 677 S 200W, a strip mall parking lot where there are several businesses including "Brewvies." Mullen parked near the northeast side of the parking lot. MULLINS, "Q," arrived and was driving his red Mercedes with a black hood, he parked his vehicle near mine and was the only occupant in the vehicle. I was able to positively identify "Q "as Quinones MULLINS.

4. Upon meeting with MULLINS, he introduced himself as "Q," and provided me with a small sized zip lock baggie containing a white-powder substance, identical to cocaine. I looked at the contents and then placed it in my pocket. In exchange I handed him the prearranged amount of $250.00. MULLINS also stated I could contact him in the future on his telephone number. I sent MULLINS a text with my name, and he texted back, indicating he had my contact information.

5. The substance was filed tested and tested positive for cocaine, approximately 3.1 grams.

6. On April 15, 2022, officer Mullen was working in an undercover capacity seeking to purchase illegal narcotics. Mullen contacted MULLINS via the telephone number provided at the April 6, 2022, cocaine purchase, and made arrangements to purchase 10 "blues" in exchange for $150.00. "Blues" is a term commonly used for blue colored pills which have the imprint M on one side and 30 on the other. "Q" indicated that these pills were "clean ones," indicating they did not have fentanyl and were from a legitimate pharmacy. The "blues" also known as M30 pills are normally Oxycodone pills however, the street pills are frequently counterfeit, made illegally and pressed with fentanyl.

8. Through multiple calls and text messages MULLINS instructed Mullen to meet him at a prearranged location, the same parking lot we previously met at, located at 677 S 200 W." I arrived and parked near the northeast side of the parking lot. MULLINS arrived and was driving his red Mercedes with a black hood; he parked his vehicle adjacent to mine to the south. MULIINS was in the driver's seat of his

4

vehicle, made eye contact with me, opened his driver's door and entered the front passenger side of my vehicle. I was able to positively identify MULLINS as Quinones Mullins.

9. MULLINS provided Mullen with a small sized zip lock baggie containing 10 small blue pills. Mullen handed MULLINS the prearranged amount of $150.00. The pills field tested positive for oxycodone. "

7. Based on the foregoing information, your affiant respectfully requests that a felony complaint and arrest warrant be issued for Quinones Akeel Mullins for violations of 21 U.S.C Section 841(a)(1) distribution of cocaine and oxycodone.

Dated this 26th day of April 2022.

Charles Teague
SLCPD

Subscribed and sworn to before me, this 26 day of April 2022.

DUSTIN PEAD
United States Magistrate Judge

APPROVED:
ANDREA T. MARTINEZ
United States Attorney

CARLOS ESQUEDA Digitally signed by CARLOS ESQUEDA
Date: 2022.04.26 15:31:59 -06'00'

CARLOS A. ESQUEDA
Assistant United States Attorney

5